IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEBRA KAE FORREST** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 3:20-cv-278-MPM-JMV**

**ANDREW M. SAUL,**
**Commissioner of Social Security** **DEFENDANT**

### ORDER

Upon consideration of Defendant's Unopposed Motion to Remand and accompanying Memorandum, the Court finds that the Motion is well-taken and should be granted. It is therefore

ORDERED that Defendant's motion is GRANTED. It is further

ORDERED that the above-captioned matter be REVERSED and REMANDED under the sixth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further administrative proceedings.

SO ORDERED AND ADJUDGED, this the 2nd day of August, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**